■ In the Matter of JAMES W., Appellant. MONROE COUNTY ATTORNEY, Respondent. [670 NYS2d 153] —Order unanimously affirmed without costs. Memorandum: We reject the contention of respondent that Family Court abused its discretion in revoking his probation and placing him with the Division for Youth. A court is not compelled to continue a juvenile delinquent on probation where the conduct constituting a violation of the conditions of probation occurs within one week of the effective date of the order of probation and before the Probation Department has provided any services. A violation petition may be filed "at any time during the period of an order of probation" (Family Ct Act § 360.2 [1]). (Appeal from Order of Monroe County Family Court, Kohout, J.—Violation of Probation.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.

■ DAVID MINEO, Individually and as Administrator of the Estate of ROBIN E. MINEO, Deceased, Respondent, v OWEN W. YOUNG, M.D., P. C., Appellant. [670 NYS2d 152] —Order unanimously affirmed with costs. Memorandum: Supreme Court properly denied defendant's motion for summary judgment. Qualification ·of an expert is a matter left to the sound discretion of the trial court (see, Meiselman v Crown Hgts. Hosp., 285 NY 389, 398-399; Kletnieks v Brookhaven Mem. Assn., 53 AD2d 169, 175), and that discretion was not abused in this case (cf., Daum v Auburn Mem. Hosp., 198 AD2d 899). The court properly rejected defendant's contention that plaintiff's expert, a physician specializing in radiology, was not competent to render an expert opinion with respect to the treatment of plaintiff's decedent by defendant, an orthopedic surgeon (see, Fuller v Preis, 35 NY2d 425, 431; DaRonco v White Plains Hosp. Ctr., 215 AD2d 339, 340; Behan v Data Probe Intl., 213 AD2d 439, 440-441). (Appeal from Order of Supreme Court, Erie County, Mintz, J.—Summary Judgment.) Present—Green, J. P., Lawton, Wisner, Callahan and Balio, JJ.